IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              No. 4:02CR00072 GH

BRYANT SKEET                                                          DEFENDANT

### ORDER

Attached to this order is an undated letter that was postmarked February 15th and received by the Court on February 17th. In the letter, defendant moves for early termination of his supervised release based upon his service of his 2-year sentence of imprisonment, his service of a great portion of his 3-year period of supervised release, his good lifestyle and his diligence at his 50-hour a week job. The Court's staff member has confirmed with defendant's probation officer that defendant has indeed complied with all requirements of his supervised release and with both his probation officer and government's counsel that neither objects to defendant's request.

Under these circumstances, the Court grants defendant's request and his period of supervised release is hereby terminated.

IT IS SO ORDERED this 21 day of February, 2006.

George Howard, Jr.
UNITED STATES DISTRICT JUDGE

# TOWN AND COUNTRY
## 720 SIXTH STREET
## NEWARK, AR. 72562

U.S. District Court
Attn: Judge George Howard Jr.
600 West Capitol Suite 25
Little Rock, Ar. 72201

Dear Sir,

    I am addressing the court today on behalf of Mrs. Elaine Station's advice. She being my Federal Probation officer, I trust her judgment correct. I flawlessly served my 2-year sentence and have surpassed a great portion of my 3-year condition. I am simply requesting, "early termination of my immediate supervised release". My lifestyle is good and I work diligently at my 50 hour a week job. I would deeply appreciate your consideration of this motion.

Sincerely,

Bryant Skeet
Meat Manager

2002 Case # 4:02CR00072GH